AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
*April 22, 2020*

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>**CHRISTIAN CAVAZOS**<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  **4:20mj0697**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 22, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Secion 922(o) | Possession of a Machinegun |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Nicholas Williams
*Printed name and title*

Sworn to before me via telephone.

Date: 04/22/2020

*Judge's signature*

City and state: Houston, Texas

DENA H. PALERMO, United States Magistrate Judge
*Printed name and title*

**Attachment "A"**

I, Nicholas Williams, hereinafter referred to as affiant, am a Special Agent employed by the Federal Bureau of Investigation and have been since December 2019. I am currently assigned to the Multi Agency Gang Task Force.

On April 22, 2019, members of the Multi Agency Gang Task Force (MAGTF) consisting of Federal Bureau of Investigation (FBI), Cypress Fairbanks Independent School District Police Department, and Deputies of the Harris County Sheriff's Department executed a state search warrant signed by Judge Herb Ritchie District Court Judge 337th District Court Harris County, Texas. The search warrant authorized the search of the residence located at 8214 Wind Forest Dr, Houston, Harris County, Texas within the Southern District of Texas.

Upon executing the state search warrant, Christian Cavazos, Date of Birth (DOB) November, 20, 2001, Christian Cavazos Sr, DOB September 18, 1984, Liliana Marie Paula Lomeli, DOB June 24, 2003, Crystal Perdomo, DOB August 5, 1995, and Caitlyn Cavazos, DOB August 29, 2018, were located in the residence.

During the execution of the search warrant multiple firearms and several pounds of marijuana were located throughout the residence. Specifically, a Glock 23 Gen 4, 40 caliber, serial number BEKX117 with a selector switch attached to the rear of the pistol was located in Christian Cavazos bedroom.

Cavazos was transported to the Cypress Fairbanks Independent School District Police Department, 11200 Telge Rd, Cypress, Texas. Cavazos was provided his statutory warnings, which were audio and video recorded, by Investigator Keith Almonte, badge 407 and Investigator Richard Palomo, badge 406 of the Cypress Fairbanks Independent School District Police Department. Cavazos advised that he understood his rights and agreed to talk with investigators.

Cavazos identified his bedroom as the room with the Pac-man video game system in it. Additionally, Cavazos Texas Drivers license was located in the same room. Cavazos admitted the Glock 23 Gen 4, 40 caliber, serial number BEKX117 belonged to him. Cavazos stated that he obtained the Glock 23 Gen 4, 40 caliber, serial number BEKX117 from his cousin approximately one month ago.

Cavazos stated that he had the "fully auto" switch on a different firearm that was seized during a traffic stop in Bastrop, Texas, Western District of Texas January 5, 2020. During that traffic stop, Cavazos stated he was able to remove the "fully auto" switch prior to the gun being located and seized. Cavazos stated he then had the "fully auto" switch installed on the Glock 23 Gen 4, 40 caliber, serial number BEKX117 by his cousin.

The selector switch is believed to enable the firearm to fire the weapon in a fully automatic manner making it a machine gun. FBI SA Keith Koncir field tested the firearm on scene and advised affiant the firearm functioned as a fully automatic firearm. SA Koncir attended and completed a 40 hour Firearm Specialist course provided by International Firearms Specialist Academy in July of 2019 and completed the additional 40 hours of required online training December 1, 2029, certifying Agent Koncir as a firearm specialist.

The firearm will be sent to the Bureau of Alcohol Tobacco and Firearms lab for further analysis.





Special Agent Nicholas Williams
Federal Bureau of Investigation

Sworn to telephonically on April 22, 2020.

Dena H. Palermo
United Stated Magistrate Judge