UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: |
| | § | |
| v. | § | |
| | § | **4:20-cr-210** |
| CHRISTIAN CAVAZOS, | § | |
| Defendant. | § | |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**Possession of a Machinegun**

On or about April 22, 2020, in the Houston Division of the Southern District of Texas, the defendant,

CHRISTIAN CAVAZOS**,**

did knowingly possess a machinegun, namely, a Glock Model 23 Gen 4, 40 caliber handgun pistol which had been modified with a switch to automatically shoot more than one shot without manual reloading, by a single function of the trigger.

In violation of Title 18, United States Code, §§ 922(o)(1) and 924(a)(2).

Notice of Criminal Forfeiture

Pursuant to Title 18, United States Code, § 924(d)(1), the United States of America hereby gives notice that all firearms and ammunition involved in, or used in the commission of

the offense in violation of Title 18, United States Code, § 922(g)(1) charged in Count One are subject to forfeiture, including, but not limited to, the following:

- A Glock Model 23 Gen 4, 40 caliber handgun, serial number BEKX117;

- Selector switch (automatic firing mechanism)

A TRUE BILL:


Original Signature on File

_____

FOREMAN OF THE GRAND JURY


RYAN K. PATRICK
United States Attorney


BY: _____

Erin M. Epley
Assistant United States Attorney
Southern District of Texas